**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LOREDO DIVISION**

| | |
|---|---|
| MARIBEL PEREZ and DUANA PEREZ, | Case No.  5:19-cv-00068 |
| Plaintiffs, | |
| v. | Honorable Magistrate Judge John A. Kazen |
| RADIUS GLOBAL SOLUTIONS, LLC, | |
| Defendant. | |

**AGREED STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiffs,  MARIBEL PEREZ and DUANA PEREZ, and the Defendant, RADIUS GLOBAL SOLUTIONS, LLC , through their respective counsel that the above-captioned action is dismissed, with prejudice, against RADIUS GLOBAL SOLUTIONS, LLC, pursuant to settlement and Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: October 21, 2019                             Respectfully Submitted,

**MARIBEL PEREZ and DUANA PEREZ**          **RADIUS GLOBAL SOLUTIONS, LLC**

/s/ Nathan C. Volheim                          /s/ Charles R. Penot, Jr. (*with consent*)
Nathan C. Volheim                              Charles R. Penot, Jr.
*Counsel for Plaintiff*                        *Counsel for Defendant*
Sulaiman Law Group, LTD                        Sessions, Fishman, Nathan & Israel, LLC
2500 S. Highland Avenue, Suite 200             900 Jackson Street, Suite 440
Lombard, Illinois 60148                        Dallas, TX 75202
Phone: (630) 575-8181                          Phone: (214) 741-3009
Fax :(630) 575-8188                            Fax: (214) 741-3098
nvolheim@sulaimanlaw.com                       cpenot@sessions.legal

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim_____
Nathan C. Volheim