United States District Court
Southern District of Texas
**ENTERED**
November 13, 2019
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **MARIBEL PEREZ, *et al*,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 5:19-CV-68** |
| | § | |
| **RADIUS GLOBAL SOLUTIONS, LLC,** | § | |
| | § | |
| **Defendant.** | § | |

## ORDER

On October 21, 2019, Plaintiffs Maribel Perez and Duane Perez and Defendant Radius Global Solutions, LLC, filed a self-effectuating joint stipulation of dismissal. (Dkt. 16.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). The stipulation, signed by counsel for both parties, notified the Court that the case has been dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). Thus, the Clerk of Court is hereby DIRECTED to TERMINATE the case.

IT IS SO ORDERED.

SIGNED this 13th day of November, 2019.

_____
Diana Saldaña
United States District Judge